## Merion Title and Trust Company of Ardmore Mortgage Trust Fund Case.

Argued January 27, 1942. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

264

266

*Russell J. Brownback,* with him *Roger B. Reynolds,* for appellant.

*John H. Longaker,* with him *John W. Lord, Jr.,* Special Deputy Attorney General, *Orville Brown,* Deputy Attorney General, and *Claude T. Reno,* Attorney General, for appellee.

PER CURIAM, March 23, 1942:

The decree is affirmed on the above-quoted portions of the opinion and supplemental opinion filed by Judge KNIGHT in the court below. Costs to be paid by the appellant.